JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0642 AG (MLGx) | Date | January 14, 2010 |
|---|---|---|---|
| Title | HO v. AURORA LOAN SERVICES, HOMECOMINGS FINANCIAL, CAL-WESTERN RECONVEYANCE CORP., DOES 1 THROUGH 10 | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE**

On November 13, 2009, the Court granted a Motion to Dismiss the complaint of Plaintiff Ling-Ling Ho ("Plaintiff"), who was given 21 days leave to amend. As of January 14, 2010, Plaintiff has not filed an amended complaint. Thus, this case is DISMISSED without leave to amend.

: 0

Initials of Preparer     lmb